UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES C. MARSHALL and SHERRY M.
MARSHALL,
            Plaintiffs,

v.                                                    Case No:  2:14-cv-479-FtM-38DNF

COLLIER COUNTY,
            Defendant.
_____/

## ORDER

This matter comes before the Court upon *sua sponte* review of the docket in this action.  Plaintiffs filed their Complaint in this Court pursuant to federal question jurisdiction, 28 U.S.C. § 1331.  (Doc. #1 at 2).  But on November 14, 2014, the Court dismissed Plaintiffs' only count asserted under federal law.  (Doc. #19).  Therefore, Plaintiffs are ordered to show cause as to how this Court retains subject-matter jurisdiction over this action by Wednesday, December 3, 2014.  If Plaintiffs fail to do so, this action will be dismissed.  *See King v. Cessna Aircraft Co.*, 505 F.3d 1160, 1171 (11th Cir. 2007) (noting that in an action filed directly in federal court, the plaintiff bears the burden of adequately pleading, and ultimately proving jurisdiction).

Accordingly, it is now **ORDERED:**

Plaintiffs must demonstrate how this Court retains subject-matter jurisdiction over this action by **December 3, 2014**, or this action will be dismissed.

**DONE** and **ORDERED** in Fort Myers, Florida, this 19th day of November, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record